IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

MICHAEL EUGENE LAMB, SR., )
)
    Petitioner, )
)
vs. ) No. CIV-06-45-W
)
OKLAHOMA COUNTY DISTRICT )
COURT et al., )
)
    Respondents. )

## ORDER

On January 20, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Court deny the Motion for Leave to Proceed in Forma Pauperis filed by petitioner Michael Eugene Lamb, Sr., and order Lamb to pay the filing fee of $5.00 within twenty (20) days. On February 6, 2006, the Clerk of the Court received funds in the amount of $5.00 submitted on Lamb's behalf.

Because the record not only establishes that Lamb has adequate funds to pay the filing fee but also establishes that he has now done so, the Court

(1) ADOPTS the Report and Recommendation filed on January 20, 2006;

(2) DENIES Lamb's Motion for Leave to Proceed in Forma Pauperis file-stamped January 13, 2006; and

(3) RE-REFERS this matter to Magistrate Judge Bacharach for further proceedings.

ENTERED this 9th day of February, 2006.

LEE R. WEST
UNITED STATES DISTRICT JUDGE