IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

MICHAEL EUGENE LAMB, SR., )
)
    Petitioner, )
)
vs. ) No. CIV-06-45-W
)
OKLAHOMA COUNTY DISTRICT )
COURT et al., )
)
    Respondents. )

## ORDER

On June 14, 2006, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation in this matter and recommended that the Court deny the Application for Post-Conviction Relief filed by petitioner Michael Eugene Lamb, Sr., and construed by Magistrate Judge Bacharach as a petition for a writ of habeas corpus ("Petition") seeking relief under title 28, section 2254 of the United States Code. Lamb was advised of his right to object to the Report and Recommendation, and the matter now comes before the Court on Lamb's Objection thereto.

Upon de novo review of the record, the Court concurs with Magistrate Judge Bacharach's suggested disposition of this matter. Lamb has not cited any authority or advanced any argument that warrants the requested relief.

Accordingly, the Court

(1) ADOPTS the Report and Recommendation issued on June 14, 2006;

(2) OVERRULES Lamb's Objection [Doc. 18] to Magistrate Judge Bacharach's Order also issued on June 14, 2006, denying Lamb's Motions for Evidentiary Hearing [Docs. 1, 15];

(3) DENIES Lamb's Petition file-stamped January 13, 2006; and

(4) ORDERS that judgment in favor of the respondents issue forthwith.

ENTERED this 28th day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LEE R. WEST
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE